IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

ORANGEBURG DIVISION

| | | |
|---|---|---|
| **Sylvester Shingler,** | ) | Case No.: 5:24-cv-00514-MGL |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **DEFENDANTS' EXPERT WITNESS** |
| | ) | **DISCLOSURE** |
| **Hakim Khan Jan and Rangertop, LLC,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

COMES NOW THE DEFENDANTS, Hakim Khan Jan and Rangertop, LLC, by and through the undersigned attorneys, who, pursuant to Rule 26(a)(2) of the *Federal Rules of Civil Procedure*, hereby designate the following expert witnesses who will testify at the trial of this case:

1. **P. Douglass deHoll, M.D.**
   **Orthopedic Surgeon**
   **Prisma Health**
   **101 Business Park Blvd.**
   **Columbia, SC 29203**
   **(803) 296-9230**

   *Dr. deHoll is an orthopedic surgeon with Prisma Health.*

2. **Michael Fryar, MS, CLCP, CRC, RN, CCM, QRP**
   **Senior Rehabilitation Consultant & Life Care Planner**
   **InQuis Global, LLC**
   **999 Lake Hunter Circle, Ste. A**
   **Mt. Pleasant, SC 29464**
   **(843) 352-9418**

   *Mr. Fryar is a Certified Life Care Planner and medical costing expert with InQuis Global, LLC.*

3. **Keith Diaz, Ph.D.**
   **Associate Professor of Behavioral Medicine**

**Columbia University Medical Center**
**3 Queens Road**
**East Brunswick, NJ 08816**
**(732) 770-3923**

*Dr. Diaz is a professor of behavioral medicine and a health data analysis expert.*

Reports from these experts with the contents required by FED. R. CIV. P. 26(a)2)(B) have been provided to the Plaintiff through his counsel. Defendants reserve the right to elicit expert testimony from individuals named as experts by other parties or treating physicians/medical care providers to this case. Defendants further reserve the right to supplement this disclosure at a later time should the case develop in such a way to warrant additional expert testimony on Defendant's behalf.

Respectfully submitted,

**SWEENY, WINGATE & BARROW, P.A.**

s/ Brian L. Craven
Richard E. McLawhorn, Jr. Fed. I.D. No. 11441
Brian L. Craven Fed. I.D. No. 13366
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, SC  29211
(803) 256-2233

**ATTORNEYS FOR THE DEFENDANTS**

Columbia, South Carolina

May 12, 2025